| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 2005**

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAIGHT CHARLES S. JR. | USDC SDNY | 07/05/2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | ___ Nomination, Date _____ <br> ___ Initial  X Annual  ___ Final <br> 5b. ___ Amended Report | 01/01/2005 – 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. ADVISORY TRUSTEE | AMERICAN – SCANDINAVIAN FOUNDATION |
| 2. DIRECTOR | KENNEDY CHILD STUDY CENTER |
| 3. BOARD OF MANAGERS | HAVENS RELIEF FUND SOCIETY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE |
|---|---|

**A. Filer's Non-Investment Income**

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |
| 1. | |
| 2. | |
| 3. | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |
| 1. | |
| 2. | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/05/2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [X] NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [X] NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | [X] NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/05/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date. Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| A. ASSETS OWNED BY REPORTING INDIVIDUAL | | | | | | | | | |
| | | | | | | | | | |
| HERITAGE CASH TRUST | A | INT | J | T | | | | | |
| AMERICAN INTER. GROUP | | | | | SELL | 5/25 | J | | |
| CVS CORP. | A | DIV | J | T | | | | | |
| CENDANT CORP. | | | | | SELL | 10/24 | J | B | |
| WALT DISNEY CO. | A | DIV | J | T | | | | | |
| HOME DEPOT INC. | A | DIV | J | T | | | | | |
| JOHNSON + JOHNSON | A | DIV | J | T | | | | | |
| MICROSOFT CORP. | A | DIV | J | T | | | | | |
| PFIZER INC. | A | DIV | J | T | PARTIAL SALE | 7/22 | J | A | |
| QUEST DIAGNOSTICS | A | DIV | J | T | | | | | |
| TARGET CORP. | A | DIV | J | T | BUY | 1/6 | J | | |
| UNITED PARCEL | A | DIV | J | T | BUY | 4/22 | J | | |
| FLEXTRONICS INT. LTD. ORD (HONG KONG) | | | | | SELL | 4/14 | J | | |
| BARON GROWTH FUND | NONE | | K | T | PARTIAL SALE | 4/22 | J | B | |
| " " " " " | | | | | PARTIAL SALE | 7/25 | J | B | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/05/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 COLUMBIA NARSICO FOCUSED EQUITIES FUND | NONE | | K | T | BUY | 7/25 | K | | |
| 2 HERITAGE MID CAP STOCK FUND | NONE | | K | T | | | | | |
| 3 ISHARES TR S+P SMALL CAP 600 | NONE | | J | T | | | | | |
| 4 UNITED PARCEL | | | | | BUY | 7/15 | J | | |
| 5 PHH CORP. | | | | | SELL | 4/1 | J | A | |
| 6 NEW YORK NY GEN OBLIGATION BONDS | B | INT | K | T | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| B. ASSETS OWNED BY REPORTING INDIVIDUAL ████ | | | | | | | | | |
| | | | | | | | | | |
| HERITAGE CASH TRUST | A | INT. | J | T | | | | | |
| BERKSHIRE HATHAWAY | NONE | | J | T | PARTIAL SELL | 7/22 | | | |
| CISCO SYSTEMS | | | | | | | | | |
| CITIGROUP INC. | A | DIV | K | T | | | | | |
| COMCAST CORP. | NONE | | J | T | PARTIAL SELL | 4/14 | J | A | |
| DISCOVERY HOLDING CO | NONE | | J | T | | | | | |
| EXXON MOBIL CORP. | A | DIV | J | T | BUY | 12/15 | | | |
| GENERAL ELECTRIC | A | DIV | J | T | | | | | |
| IBM | A | DIV | J | T | | | | | |
| J.P. MORGAN CHASE | A | DIV | J | T | | | | | |
| LIBERTY MEDIA CORP | NONE | | J | T | PARTIAL SELL | 4/14 | J | B | |
| " " " " | | | | | PARTIAL SELL | 7/22 | J | B | |
| MEDTRONIC INC. | A | DIV | J | T | | | | | |
| MICROSOFT | NONE | | | | SELL | 7/22 | J | C | |
| TIME WARNER | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TYCO INTERNATIONAL | A | DIV | J | T | PARTIAL SELL | 7/22 | J | A | |
| 2 ST. PAUL TRAVELERS | NONE | | | | SELL | 4/1 | J | | |
| 3 WASHINGTON MUTUAL | A | DIV | J | T | | | | | |
| 4 LUCENT TECHNOLOGIES | NONE | | J | T | | | | | |
| 5 BARON FIFTH AVENUE GROWTH FUND | | | K | T | BUY | 4/22 | K | | |
| 6 OAKMARK FUND CLASS I | NONE | | K | T | | | | | |
| 7 OAKMARK INTERNATIONAL FUND | NONE | | K | T | PARTIAL SELL | 7/25 | J | B | |
| 8 MASTERS SELECT INTERNATIONAL FUND | A | DIV | K | T | PARTIAL SELL | 7/25 | J | B | |
| 9 CLIPPER FOCUS FUND | NONE | | | | SELL | 7/25 | J | B | |
| 10 ROYCE PREMIER FUND | NONE | | J | T | PARTIAL SALE | 4/22 | J | | |
| 11 " " " " | | | | | PARTIAL SALE | 7/25 | J | B | |
| 12 ISHARES TR DJ SEL DIV INX | A | DIV | K | T | BUY | 7/25 | J | | |
| 13 " " " " " | | | | | BUY | 12/15 | J | | |
| 14 ISHARES TR MSCI EAFE IDX | A | DIV | K | T | | | | | |
| 15 ISHARES TR S&P MIDCAP 400 | A | DIV | K | T | | | | | |
| 16 INTEL CORP. | NONE | | | | SELL | 4/14 | J | C | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g, div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NEW YORK, NY GEN. OBLIGATION BONDS | B | INT | K | T | | | | | |
| 2 NY STATE TWY AUTH HWY + BRG TR. FD. | B | INT | K | T | | | | | |
| 3 NY STATE DORMITORY AUTHORITY | B | INT | K | T | | | | | |
| 4 NIAGARA FALLS NY CITY SCHOOL DISTRICT | B | INT | K | T | | | | | |
| 5 NEW YORK, NY GEN. OBLIGATION BONDS | B | INT | K | T | | | | | |
| 6 NEW YORK STATE GEN. OBLIGATION BONDS | B | INT | K | T | | | | | |
| 7 NEW YORK, NY GEN. OBLIGATION BONDS | B | INT | K | T | | | | | |
| 8 MADISON COMMUNITY BANK — CD | A | INT | J | T | BUY | 4/22 | J | | |
| 9 INDYMAC BANK PASADENA CD | A | INT | K | T | BUY | 12/27 | K | | |
| 10 HSBC CD | A | INT | J | T | | | | | |
| 11 TRUST w/w MARGARET HAIGHT | D | INT + DIV | M | T | | | | | |
| 12 VANGUARD WINDSOR II FUND | A | DIV | J | T | | | | | |
| 13 HSBC CHECKING ACCT. | A | INT | J | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
### spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 C. ASSETS ▬▬▬▬▬▬ | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 DELAFIELD FUND | A | DIV | J | T | | | | | |
| 4 HENNESSY CORNERSTONE GROWTH FUND | A | DIV | J | T | | | | | |
| 5 BUFFALO SMALL CAP FUND | A | DIV | K | T | | | | | |
| 6 FIDELITY SHORT TERM BOND FUND | A | DIV | J | T | | | | | |
| 7 BANK OF INTERNET, USA | A | WT. | K | T | | | | | |
| 8 VANGUARD INFLATION PROTECTION BOND FUND | B | WT | K | T | | | | | |
| 9 ING DIRECT SAVING BANK | A | WT | L | T | | | | | |
| 10 US TRUST CO - CHECKING ACCOUNT | NONE | | J | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001- $500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

---

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date  07/05/2006

NOTE:  AN _____ SIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544